# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−1 | User: admin | | Date Created: 12/14/2023 |
| Case: 23−10607 | Form ID: 309A | | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Chelsea N Cortese | 15 Packard Ct | Napa, CA 94558 | |
| ust | Office of the U.S. Trustee / SR | Office of the United States Trustee | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05−0153   San Francisco, CA 94102 |
| tr | Michael G. Kasolas | P.O. Box 27526 | San Francisco, CA 94127 | |
| aty | Michael C. Fallon | Law Offices of Michael C. Fallon | 100 E St. #219 | Santa Rosa, CA 95404 |
| smg | CA Franchise Tax Board | Bankruptcy Group | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| 15568028 | Amex | Correspondence/Bankruptcy | Po Box 981540 | El Paso, TX 79998 |
| 15568029 | Cbsi | 929 Lincoln | Napa, CA 94558 | |
| 15568030 | Chase Card Services | Attn: Bankruptcy | P.O. 15298 | Wilmington, DE 19850 |
| 15568031 | Chase Card Services | Attn: Bankruptcy | Po Box 15298 | Wilmington, DE 19850 |
| 15568032 | Discover Financial | Attn: Bankruptcy | Po Box 3025 | New Albany, OH 43054 |
| 15568033 | Goldman Sachs Bank USA | Attn: Bankruptcy | Po Box 70379 | Philadelphia, PA 19176 |
| 15568034 | Quick Bridge Funding, LLC | c/o National Funding, Inc. | 4380 La Jolla Village Drive | San Diego, CA 92122 |
| 15568035 | Rebecca Rowan | c/o Christopher Passarelli, Esq | Dickenson Peatman & Fogarty | 1550 First Street, Suite 200   Napa, CA 94559 |
| 15568037 | SBA Loan | Loan Servicing Center | 10737 Gateway Blvd., #320 | El Paso, TX 79935 |
| 15568036 | Santander Consumer USA, Inc | Attn: Bankruptcy | Po Box 961245 | Fort Worth, TX 76161 |
| 15568038 | Scrsolutions | 838 Walker Road | Dover, DE 19904 | |
| 15568039 | Synchrony Bank/HHGregg | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |

TOTAL: 18