# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 01/15/2024 |
| Case: 23−10607 | Form ID: OFT | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SR     USTPRegion17.SF.ECF@usdoj.gov
tr     Michael G. Kasolas     trustee@kasolas.net
aty     Michael C. Fallon     mcfallon@fallonlaw.net

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Chelsea N Cortese     15 Packard Ct     Napa, CA 94558

TOTAL: 1