United States Bankruptcy Court
Northern District of California

In re:                                                   Case No. 23-10607-CN
Chelsea N Cortese                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-1                              User: admin                              Page 1 of 1
Date Rcvd: Jan 16, 2024                       Form ID: OFT                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

**Recip ID**            **Recipient Name and Address**
db                  +   Chelsea N Cortese, 15 Packard Ct, Napa, CA 94558-6708

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024                            Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael C. Fallon | on behalf of Debtor Chelsea N Cortese mcfallon@fallonlaw.net manders@fallonlaw.net |
| Michael G. Kasolas | trustee@kasolas.net ecf.alert+Kasolas@titlexi.com |
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |

TOTAL: 3

Form OFT

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):**<br><br>Chelsea N Cortese | Case No.: 23−10607 CN 7<br>Chapter: 7 |

## ORDER AND NOTICE
### re: Failure to Submit Federal Income Tax Return to the Trustee

The trustee has certified that the debtor(s) named above failed to submit a copy of their Federal Income tax return to the Trustee as required by 11 U.S.C.§ 521(e)(2)(A)(i).

IT IS HEREBY ORDERED that unless within 14 days of the date of this order, the debtor(s) either: (a) provides the trustee with a copy of the required tax document; (b) files a declaration which demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor; or (c) files a written response to this Order and Notice and requests a hearing, the court SHALL DISMISS this case without further notice or hearing. If a request for a hearing is made by the debtor(s), the trustee will provide written notice of the hearing.

Dated: 1/15/24

By the Court:

Charles Novack
United States Bankruptcy Judge